BATTLE ISLAND PAPER COMPANY, Respondent, *v.* PACIFIC COAST CASUALTY COMPANY, Appellant.

*Battle Island Paper Co.* v. *Pacific Coast Casualty Co.*, 166 App. Div. 968, affirmed.

(Submitted December 12, 1917; decided January 8 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 22, 1915, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a policy of liability insurance to recover the sum of $1,797.40 and interest on account of moneys paid by the plaintiff in satisfaction of a judgment obtained by one Angelo Mazzei in an action brought by him against the plaintiff to recover damages on account of its negligence; to recover moneys paid in satisfaction of other judgments obtained by other parties in actions brought against the plaintiff to recover damages on

account of plaintiff's negligence and to recover moneys paid out by said plaintiff in satisfaction of claims bought by sundry persons against said plaintiff on account of its acts of negligence, said plaintiff alleging that said defendant company had agreed to indemnify and save harmless the plaintiff on account of said judgments and claims.

*P. W. Cullinan* for appellant.

*Giles S. Piper* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.